IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CREATIVE IMPACT INC.; <br> CREATIVE IMPACT (HONG KONG) LIMITED; <br> ZURU LLC; and <br> ZURU INC., <br>     Plaintiffs, <br> v. <br> THE INDIVIDUALS, CORPORATIONS, <br> LIMITED LIABILITY COMPANIES, <br> PARTNERSHIPS AND UNINCORPORATED <br> ASSOCIATIONS IDENTIFIED ON <br> SCHEDULE A HERETO, <br>     Defendants. | Case No.: 19-cv-3077 <br><br> Judge Charles R. Norgle |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CREATIVE IMPACT INC., CREATIVE IMPACT (HONG KONG) LIMITED, ZURU LLC, ZURU INC., hereby dismiss without prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 18 | 5397DGDGTOMG |
| 36 | aimoyou |
| 40 | allyce |
| 50 | ANTHOTER |
| 59 | artisticamotion |
| 60 | asfdahasdfkjalaksdfha |
| 61 | autohightech |
| 73 | Baroque88 |
| 77 | BeAttention |
| 81 | belleo |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 27, 2019     By:     s/Michael A. Hierl
                                 Michael A. Hierl (Bar No. 3128021)
                                 William B. Kalbac (Bar No. 6301771)
                                 Hughes Socol Piers Resnick & Dym, Ltd.
                                 Three First National Plaza
                                 70 W. Madison Street, Suite 4000
                                 Chicago, Illinois 60602
                                 (312) 580-0100 Telephone
                                 mhierl@hsplegal.com

                                 Attorneys for Plaintiffs
                                 CREATIVE IMPACT INC.,
                                 CREATIVE IMPACT (HONG KONG) LIMITED,
                                 ZURU LLC,
                                 ZURU INC.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 27, 2019.

                                                      s/Michael A. Hierl