## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CREATIVE IMPACT INC.; | ) | |
| CREATIVE IMPACT (HONG KONG) LIMITED; | ) | |
| ZURU LLC; and | ) | Case No.:  19-cv-3077 |
| ZURU INC., | ) | |
| | ) | Judge  Charles R. Norgle |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CREATIVE IMPACT INC., CREATIVE IMPACT (HONG KONG) LIMITED, ZURU LLC, ZURU INC., hereby dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 486 | Metalbrandnew |
| 604 | sdeNP509 |
| 610 | Sexy Lingerie store |
| 629 | Shenzhentomdell |
| 675 | Starry-skyblue |
| 689 | Summer Catch |
| 715 | The fast and the furious |
| 759 | watermelon |
| 840 | Yun-Qingbest |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: August 12, 2019     By:     s/Michael A. Hierl
                                    Michael A. Hierl (Bar No. 3128021)
                                    William B. Kalbac (Bar No. 6301771)
                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                    Three First National Plaza
                                    70 W. Madison Street, Suite 4000
                                    Chicago, Illinois 60602
                                    (312) 580-0100 Telephone
                                    mhierl@hsplegal.com

                                    Attorneys for Plaintiffs
                                    CREATIVE IMPACT INC.,
                                    CREATIVE IMPACT (HONG KONG) LIMITED,
                                    ZURU LLC,
                                    ZURU INC.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 12, 2019.

s/Michael A. Hierl