IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CREATIVE IMPACT INC.; <br> CREATIVE IMPACT (HONG KONG) LIMITED; <br> ZURU LLC; and <br> ZURU INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, <br> LIMITED LIABILITY COMPANIES, <br> PARTNERSHIPS AND UNINCORPORATED <br> ASSOCIATIONS IDENTIFIED ON <br> SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 19-cv-3077 <br><br> Judge Charles R. Norgle |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CREATIVE IMPACT INC., CREATIVE IMPACT (HONG KONG) LIMITED, ZURU LLC, ZURU INC., hereby dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 75 | Be-Life |
| 234 | Fantasy beauty international |
| 235 | Fantasy Future World |
| 255 | FitX |
| 304 | Guoxuan International |
| 350 | i-bay-cute |
| 750 | WalkerJerry |
| 797 | Xianrui International |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: September 19, 2019

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiffs
CREATIVE IMPACT INC.,
CREATIVE IMPACT (HONG KONG) LIMITED,
ZURU LLC,
ZURU INC.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 19, 2019.

                                                                       s/Michael A. Hierl